FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

10 21 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

---

TRUSTEES OF THE CONNECTICUT LABORERS'
HEALTH FUND; TRUSTEES OF THE CONNECTICUT
LABORERS' PENSION FUND; TRUSTEES OF THE
NEW ENGLAND LABORERS' TRAINING TRUST
FUND; TRUSTEES OF THE CONNECTICUT
LABORERS' LEGAL SERVICES FUND; TRUSTEES OF
THE CONNECTICUT LABORERS' ANNUITY FUND;
TRUSTEES OF THE NEW ENGLAND LABORERS'
LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF
THE NEW ENGLAND LABORERS' HEALTH AND
SAFETY FUND

Civil Action No.

3:02-CV-2007 (JBA)

Plaintiffs

VS.

SUNSHINE MASONRY CONSTRUCTION
and DOMINIQUE DORCE

November 26, 2003

Defendants

---

## SATISFACTION OF JUDGMENT

Plaintiffs, TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH

FUND et al, are the owners and holders of a Judgment in the above-captioned matter in the

amount of *Six Thousand Ninety-Three Dollars and Six Cents ($6,093.06)*.

The Judgment has been fully complied with. At the time of compliance, Plaintiffs

were entitled to receive such payment.

**THEREFORE,** in consideration of full payment of the Judgment, which included

contributions, costs, etc., the receipt of which is hereby acknowledged, Plaintiffs, as the legal

1

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

owners and holders of the Judgment, acting herein by and through Thomas M. Brockett, their

duly authorized attorney of record, hereby release and discharge the Defendants, their heirs,

successors and assigns, all the right, title and interest in and to the Judgment, which Plaintiffs

have or may have therein, and hereby declare the Judgment fully satisfied.

    Executed at East Hartford, Connecticut, this 26th day of November 2003.

THE PLAINTIFFS,

By: _____

Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
  ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fed. Bar No.:  ct 10873

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Satisfaction of Judgment has been mailed, first-class and postage prepaid, this 26th day of November 2003 to the following:

SUNSHINE MASONRY CONSTRUCTION
294 Main Street
New Britain, CT  06051

Dominique Dorce
56 Country Club Road
New Britain, CT  06053

_____
THOMAS M. BROCKETT

TMB.CLF.SUNSHINE.2003
satisfaction of judgment 11-26-03

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719